WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sandra Espinoza, et al., | No. CV-25-04913-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| Smith's Food & Drug Centers Incorporated, et al., | |
| Defendants. | |

This matter is before the Court on the parties' Stipulation to Remand to State Court. (Doc. 17). After recent depositions of both Plaintiffs, the parties believe that this case is better suited for state court and request that the Court remand this case back to the Maricopa County Superior Court. (Id.) For good cause shown in the Stipulation,

**IT IS ORDERED granting** the parties' Stipulation to Remand to State Court. (Doc. 17).

**IT IS FURTHER ORDERED directing** the Clerk of Court to remand this action to the Maricopa County Superior Court.

**IT IS FURTHER ORDERED vacating** the Preliminary Pretrial Conference set for March 10, 2026, at 1:30 p.m.

**IT IS FURTHER ORDRED** that each party shall bear their own attorneys' fees and costs with respect to the removal and subsequent remand of this action.

Dated this 17th day of February, 2026.

_____
Stephen M. McNamee
Senior United States District Judge